# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DA BIG SWEEPER, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 17-5116-GW(JCx)<br><br>Assigned to the Honorable George H. Wu<br><br>**JUDGMENT**<br><br>[FED. R. CIV. PROC. 55(b)(2)] |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFOR:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday

Savings Trust, and Trustees of the Operating Engineers Training Trust, shall recover from Defendant, Da Big Sweeper, Inc., a California corporation, the principal amount of $175,422.89 (consisting of $138,195.92 for unpaid fringe benefit contributions, $10,234.09 for prejudgment interest, $14,493.35 for liquidated damages, $100.00 for audit costs, $11,849.53 for attorneys' fees (including litigation expenses), and $550.00 for costs), plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: December 21, 2017

*/s/ George H. Wu*

GEORGE H. WU, U.S. DISTRICT JUDGE